October 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID BRUCE, AN INDIVIDUAL, ALLIANCE RECRUITING RESOURCES, INC., AND KINGWOOD PLACE GP, LLC, Appellants

NO. 14-15-00693-CV                    V.

MISTY CAUTHEN, AN INDIVIDUAL AND DIRECT HIRE.COM LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Misty Cauthen, an Individual and Direct Hire.com LLC, signed May 15, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.